

Honorable Bruce T. Beesley
United States Bankruptcy Judge

Entered on Docket
November 25, 2019
_____

WILLIAM A. VAN METER
State Bar. No. 2803
P.O. Box 6630
Reno, Nevada 89513
(775) 324-2500
c13ecf@nvbell.net

Chapter 13 Trustee

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | CASE NO.  19-50986-BTB |
| PETER CONTINI, | Chapter 13 |
| Debtor. | **ORDER OF DISMISSAL** |
| | Hearing Date:  November 14, 2019<br>Hearing Time:  3:00 pm. |

    The Trustee having moved to dismiss the Debtor's Chapter 13 bankruptcy case for cause and having heard arguments and comments of the Trustee and other parties in interest as the record may reflect, and for good cause appearing;

    IT IS ORDERED that the Debtor's Chapter 13 case is **dismissed**.

Approved:

_____
PRO PER

ALTERNATIVE METHODS re: RULE 9021:

In accordance with L.R. 9021, the undersigned certifies:

_____        The court waived the requirements set forth in L.R. 9021(b)(1)

_____        No party appeared at the hearing or filed an objection to the motion.

\_\_X\_\_\_        I have delivered a copy of this proposed order to all attorneys who appeared at the hearing, and each has approved or disapproved the order, or failed to respond as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document].

PETER CONTINI                              _____ Approved    _____ Disapproved    \_\_\_X\_\_ Failed to Respond

_____        I certify that this is a case under chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

**Dated:**  November 25, 2019

/S/ Kimberly Schneider
Kimberly Schneider
Assistant to William A. Van Meter, Trustee
P.O. Box 6630
Reno, NV  89509

###

William A. Van Meter, Trustee
Nevada State Bar No. 2803
P.O. Box 6630
Reno, Nevada 89513
Telephone: (775) 324-2500

Chapter 13 Trustee

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | CASE NO. 19-50986-BTB |
| PETER CONTINI, | CHAPTER 13 |
| | **CERTIFICATE OF SERVICE** |
| | Hearing Date: November 14, 2019 |
| Debtor.      / | |

  The undersigned hereby swears under penalty of perjury that I am over the age of 18, not a party to the within action, and that on November 18, 2019, I served a copy of the proposed **ORDER OF DISMISSAL** along with a letter indicating my expectation that that the original order and this Certificate of Service would be lodged with the Bankruptcy Court Clerk in five (5) business days pursuant to L.R. 9021(b)(1).  The method of service was via United States Postal Service of the proposed Order and letter to:

PETER CONTINI
1311 LA LOMA DRIVE
CARSON CITY, NV  89701

  I declare under penalty of perjury that the foregoing is true and correct.

Dated:  November 25, 2019

                /S/ Kimberly Schneider
                Kimberly Schneider
                Assistant to William A. Van Meter, Trustee